UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADDIS ADAM LAWS, JR.,

    Plaintiff,

v.

STATE OF MICHIGAN, et al.,

    Defendants.
_____/

Case No. 1:23-cv-102

HON. JANE M. BECKERING

## **ORDER**

    This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 5) on January 31, 2023, recommending that Plaintiff's Complaint be dismissed for failure to state a claim on which relief may be granted, and that an appeal would not be taken in good faith.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

    A Judgment will be entered consistent with this Order.

Dated:  February 21, 2023

                                          /s/ Jane M. Beckering
                                          JANE M. BECKERING
                                          United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.